@ M I C R O S O F T . . . V I A P E T C O / V E H I C L E

TAX PAYER... NORIEGA BLOOM @ PRUDENTIAL @... LEXIS NEXIS BLOG

TERRELL MICKLES INTER-ALIA
MANDATED COMPLAINT
AUDITOR - STACY ODOM @ BANK TRUST - BALDWING AL
AUDITOR - COPELAND, POE, BLANKENSHIP @ TRUST (PENSACOLA, FL)
JESSE M. FURMAN @ N.Y.
ALTIMAR @ N.Y. (TRANSLATION)
GRECO AND GREY FDC

(ECF) REGIONS BANK @ FOLEY, AL / MIAMI, FL

V.

ONSTAR @ WESTVILLE / JOHANESBURG [SOUTH AFRICA]
AFRICA / A. DESPUCIA TONAGE @ PANAMANIAN BANK @ PANAMA
KOEBARG POWER, TEL AVIV @ MOSSEL BAY, AFRICA

MONEY PRINT CLARITY PURSUANT 18 USC 6002
... TITLE 2 S. 441 COMMERCE - MORTGAGE - ACREAGE [FINANCE]
26 USC 7403... PAYMENT...

FEDERAL DIET, NON VOTING BASIS; BASIC LAW... MOST STATE GOVTS. THE CEREMONIAL HEAD OF STATE WAS THE CHAIRMAN... ICARA CROSS EXAMINE WELFARE AND BANK BONDS [TOLLWAY] EX PARTE HUBBART 18 USC 1073.. ART. 12 ADOPTED TOLLWAY. LEXIS CONSTRUE REVENUE NON TOLLING - TAKE JURISDICTION APPX. 460 (B) (3) FORCE WRIT [TRIBINAL CLASH - BASIC LAW] PARLIAMENTS, CABINET, AND, SOCIAL UNIONS... SECTION 4 of SHERMAN ACT [FOR CLARITY] PURSUANT 10 USC 1525... INTERACT REPRISAL FOR LAND - REFINANCE COMMERCE CODES AND APPRECIATIVE MONEY APPRAISALS... INTERVALS AND TAXATION PLEDGES [BANK CONTRACTOR].. SEE TRUSTEE INTERVALS LEXIS CONSTRUE... CONTRACT PROPERTY TAX LAW... ALSO SEE VEHICLES / CAR DESCRESSIONS LEGISLATION, ON A CONSULTIVE NONVOTING [BASIS] ATTER / BORROWER... COMPUTER COPPER TUBE COMPANY "REVEALING [SECT. 4 TARGET] DEAPRECIATIVE... EUROPEAN / AFRICAN TREASON... MONEY SLAVE LA. REV. STAT. ANN. SECTION 15.708 [PROPERTY TAX LAW] AMEND 13, VEHICLE DESCRESSION [FEDERAL DIET NONVOTING, BASIS - BASIC LAW] 8 USC SECT. 1326 (CPA) MONEY PRINT... TAX IDENTIFICATION C154915253... [ECF] TAX EMBASSY of CIARO @ DOBARA 11451 EGYPT... TAX @ CITY of ETHIOPIA, ADDIS ABABA - ETHIOPIA...

RECEIVED SDNY PRO SE OFFICE 2023 OCT 16 AM 10:51

@ M   1   VIA BARCLAY UNIFIED [ECF] FOR MONEY PRINT CLARITY... [FEDERAL DIET] USE PREVIOUS, MONEY CONTAINER # 0731685046... TAX IDENTIFICATION #C15491P52J... REGIONS BANK @ FOLEY, AL ACCOUNTS...,

RE:

1. LAUREN "KADIEJAH" LONDON @ NEW ORLEANS, LA

2. LATOYA COPELAND @ PENSACOLA, FL

3. ONSTAR @ WESTVILLE / JOHANESBURG (SOUTH AFRICA)

4. KOEBARG POWER PLANT / MOSEL BAY, AFRICA

5. APRIL LEE @ CHAMPION PAPER (PENSACOLA, FL)

6. JOSHUA "ALIECIA" MILLER @ EASTHILL (PENSACOLA, FL)


$ 1 MILLION DOLLARS



TERRELL NICKLES

4173161 95



```
PO BOX 621501                       In reply refer to: #0731685046
ATLANTA  GA  30362-1501             Dec. 04, 2019  LTR 2645C  K0
                                    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  201812  30
                                    Input Op:   0709927534 00018453
                                                       BODC: WI
```



```
TERRELL E MICKLES
MED CTR FOR FED PRISON 11733003
PO BOX 4000
SPRINGFIELD  MO  65801-4000
```

024924

Taxpayer identification number: 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 -(IS491P525)
Tax periods: Dec. 31, 2018

Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 31, 2019.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (   )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                            #0731685046
                         Oct. 23, 2018      LTR 86C      0
                         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    201712 30
                                                00004563
```

TERRELL E MICKLES
MED CTR FOR FED PRISON 11733003
PO BOX 4000
SPRINGFIELD   MO   65801-4000


                        Sincerely yours,



                        OPERATIONS MANAGER, OPERATIONS 2
                        ACCTS. NLARCONOKING


---

The IRS address must appear in the window.      Use for payments
                                                    Letter Number: LTR0086C
         BODCD-WI           # 0731685046            Letter Date   : 2018-10-23
                                                    Tax Period    : 201612

OnStar GM/
FDA Bogota Columbia
                                                *417136195*CI54191P52J-TAX I.D.

         INTERNAL REVENUE SERVICE               TERRELL E MICKLES
                                                MED CTR FOR FED PRISON 11733003
                                                PO BOX 4000
                                                SPRINGFIELD   MO   65801-4000

417136195 UK MICK 30 0 201612 670 00000000000



231 WEST LAUREL AVENUE
FOLEY, ALABAMA 36535
251/943-5604
SALES FAX: 866/387-3988
CLAIMS: 251/970-3234
CLAIMS FAX: 866/508-9915

October 23, 2017

Medical Center For Federal Prisoners
ATTN: Terrell Mickles – 11733-003
P.O. Box 4000
Springfield, MO  65801 – 4000

Dear Sirs,

We received the enclosed paperwork to you.

Thank you.

Sincerely,

Debbie

Debbie M.
ALFA Insurance Company



TERRELL MICKLES #11733-003 (C206)
FEDERAL CORRECTIONAL COMPLEX USP-1
P.O. BOX 1033  COLEMAN, FL  33521-1033

Pro Se
RJ

UNITED STATES DISTRICT COURT
LAW CLERKS
500 PEARL STREET,
NEW YORK, N.Y. 10007